UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DONALD LEE, *et al.*,

    Plaintiffs,

v.

TOMAS PADILLA, *et al.*,

    Defendants.

Civil Action Number: 2:11-1463

OPINION

HON. WILLIAM J. MARTINI

## ORDER

For the reasons elaborated in the memorandum opinion filed contemporaneously with this Order,

    IT IS on this 9th day of August, 2011;

**ORDERED** that Defendant Zisa's motion to dismiss is **GRANTED** in part, and **DENIED** in part;

Specifically:

Count I: Lee's First Amendment claim against Zisa is **DISMISSED**.

Count II: Lee's CEPA claim is dismissed against Defendants Zisa, Padilla, and the City of Hackensack. *I.e.*, Count II is **DISMISSED**.

Count IV: O'Connor's First Amendment claim against Zisa is **DISMISSED**.

Count VI: Riotto's Due Process claim against Zisa is **DISMISSED**.

Count VII: Riotto's federal conspiracy claim is **DISMISSED**.

Count VIII: Riotto's civil conspiracy claim against Zisa is **DISMISSED**.

Count IX: Lee's Free Speech/Freedom of Association-related claim against Zisa is

**DISMISSED**. O'Connor's Free Speech/Freedom of Association-related claim against Zisa is **DISMISSED**. Riotto's Due Process-related claim against Zisa is **DISMISSED**.

The following counts will go forward:

Count I: Lee's First Amendment claim against Padilla will proceed.[1]

Count III: O'Connor's CEPA claim will proceed.

Count IV: O'Connor's First Amendment claim will proceed against Defendants Padilla, Molinelli, Bergen County Prosecutor's Office, County of Bergen, and the City of Hackensack, but not against Zisa.

Count V: DeLeone's First Amendment claim will proceed against Zisa and Padilla.

Count VI: Riotto's Due Process claim will proceed against all Defendants except Zisa.

Count VIII: Riotto's civil conspiracy claim will proceed against all Defendants except Zisa.

Count IX: Plaintiffs' claim under NJCRA will go forward except in relation to Lee's Free Speech/Freedom of Association-related claim against Zisa; except in relation to O'Connor's Free Speech/Freedom of Association-related claim against Zisa; and except in relation to Riotto's Due Process-related claim against Zisa.

Count X: Plaintiffs' claim against the City of Hackensack will go forward.

Finally, all conduct by Chief Zisa pre-dating March 15, 2009 or post-dating April 30, 2010 under any remaining count is barred for the purpose of establishing liability against Zisa.

s/William J. Martini

_____
**William J. Martini, U.S.D.J.**

---

[1] With regard to each count that goes forward, the Court's conclusion is subject to any motion to dismiss brought by other Defendants which have yet to be adjudicated.